J. B. STARKEY, as Tax Collector of Pinellas County, v.
NELL W. CARSON, a widow

189 So. 389
En Banc
Opinion Filed May 26, 1939
Rehearing Denied June 14, 1939

*George Couper Gibbs*, Attorney General, *J. Compton French*, Assistant Attorney General and *John C. Blocker*, for Appellant;

*L. P. Hardee, Raney H. Martin* and *Sam H. Mann, Jr.*, for Appellee.

PER CURIAM.—The order appealed from herein which contains the following: "the court being advised in the premises and being of the opinion that the Intangible Taxation Act of 1931 authorizes the levy of taxes only upon intangibles of residents of the State of Florida where such intangible property is physically within the State of Florida" is reversed on the authority of J. B. Starkey, as Tax Collector of Pinellas County, Florida, v. Nell W. Carson, as Executrix of the Last Will and Testament of John F. Carson, deceased, filed herewith.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.